**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATION TECHNOLOGIES PARTNERS, LP, | § | |
| *Plaintiff,* | § | Case No. ____________ |
| v. | § | |
| GUARDSQUARE NV, | § | Jury Trial Demanded |
| *Defendants.* | § | |

---

**PLAINTIFF'S COMPLAINT**

---

Plaintiff Innovation Technologies Partners, LP ("ITP") files this suit against Defendant Guardsquare NV ("Guardsquare") for patent infringement and alleges, with personal knowledge as to its own actions and on information and belief as to the actions of others, as follows:

**THE PARTIES**

1. Plaintiff ITP is a Texas Limited Partnership with a principal place of business at 211 E 7th Street, Suite 620, Austin, TX 78701.

2. ITP holds all right, title, and interest in United States Patent Nos. 7,581,103 ("'103 Patent"); 8,001,388 ("'388 Patent"); 8,352,747 ("'747 Patent"); 8,713,326 ("'326 Patent"); 9,141,788 ("'788 Patent"); 9,953,159 ("'159 Patent"); 10,423,779 ("'779 Patent"); 10,496,814 ("'814 Patent"); 10,872,146 ("'146 Patent"); 11,531,751 ("'751 Patent"); 11,829,469 ("'469 Patent"); 12,254,085 ("'085 Patent") (collectively, "Asserted Patents").

3. Defendant Guardsquare is a Belgium corporation with its principal place of business at TERVUURSEVEST 362 BUS 1 LEUVEN, 20190. Guardsquare may be served

pursuant to Fed. R. Civ. P. 4(f)(1).

## JURISDICTION & VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the action brought by ITP against Guardsquare arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

5. Guardsquare is subject to this Court's personal jurisdiction consistent with the principles of due process and/or the Texas Long Arm Statute. Tex. Civ. Prac. & Rem. §§ 17.041, *et seq*.

6. This Court has personal jurisdiction over Guardsquare at least because Guardsquare conducts business in this District and throughout the state of Texas by selling its software and application security tools that infringe ITP's Asserted Patents to customers in the state of Texas and this judicial district.

7. This Court also has personal jurisdiction over Guardsquare because Guardsquare has committed acts of patent infringement in this District and throughout Texas, including selling, and offering for sale, products and services that infringe ITP's Asserted Patents.

8. This Court also has personal jurisdiction over Guardsquare because Guardsquare has placed infringing products and services into the stream of commerce, with the expectation they will be purchased and used by customers in Texas and in this District, such that customers in Texas and in this District have purchased and used, and continue to purchase and use, Guardsquare's infringing products and services, which has allowed Guardsquare to derive substantial benefits from infringing acts in Texas and in this District.

9. Venue is proper in this District against Guardsquare pursuant to 28 U.S.C. §§ 1391 and 1400(b).

10. Venue is proper in this District against Defendant Guardsquare under 28 U.S.C. § 1391(c)(3) because Guardsquare is a foreign corporation that is not a resident of the United States. Venue is also proper in this District against Guardsquare because Guardsquare is subject to the personal jurisdiction of this Court as set forth above and has committed patent infringement in this District.

## FACTUAL BACKGROUND

11. As the use of mobile applications have proliferated, the need for software integrity-protection mechanisms in mobile applications has become an essential component of the mobile application ecosystem, in order to protect sensitive code, intellectual property, and user data from reverse engineering and tampering. The market for mobile application security solutions continues to grow substantially, driven by the proliferation of mobile applications handling financial transactions, authentication credentials, and other sensitive operations.[1]

12. Because of the critical need to protect mobile applications against reverse engineering, tampering, and unauthorized modification, the use of runtime application self-protection tools has grown substantially.[2] Self-checking security tools are valuable because they operate within the application itself, actively monitoring the application's integrity at runtime rather than relying solely on static defenses that can be bypassed before execution. Self-checking security tools provide superior protection compared to perimeter-based defenses because integrity checks embedded within the code "reinforce and interlock with each other" in a "layered,

---

[1] https://www.strategicmarketresearch.com/market-report/runtime-application-self-protection-market (last visited Jun. 1, 2026).

[2] https://www.strategicmarketresearch.com/market-report/runtime-application-self-protection-market (last visited Jun. 1, 2026).

interdependent approach [that] makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app."[3]

13. Software self-checking mechanisms can be used to protect the integrity of mobile applications by inserting code sequences that verify, at runtime, whether portions of the program have been improperly modified. When a self-checking code sequence detects that a portion of the application has been tampered with, the application can trigger a tamper response mechanism, such as terminating the user's session, displaying a warning message, or limiting functionality.

14. Long before Guardsquare first introduced its app protection products, Intertrust Technologies Corporation ("Intertrust") began developing the technology at issue in this case.

15. In the early 2000s, Intertrust began applying for patents that embodied the innovations that resulted from innovations in the software integrity and self-protection space. The United States Patent and Trademark Office ("PTO") has since issued numerous patents based on these innovations.

16. These patents are directed at innovations for self-checking mechanisms to improve software tamper resistance and reliability, as well as integrity-checking techniques that are embedded into software applications for security and protection.

17. On August 25, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,581,103 (the "'103 Patent"), entitled "Software Self-Checking Systems And Methods." The '103 patent is publicly available.[4] ITP owns all rights, titles, and interests in the '103 Patent.

---

[3] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[4] *See, e.g.*, https://patents.google.com/patent/US7581103B2/.

18. On August 17, 2010, the United States Patent and Trademark Office duly and legally issued U.S. Patent Nos. 7,779,270 (the "'270 Patent") and 7,779,394 (the "'394 Patent"), entitled "Software Self-Defense Systems and Methods." The '270 Patent and '394 Patent are publicly available.[5] ITP owns all rights, titles, and interests in the '270 Patent and '394 Patent.

19. On October 26, 2010, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,823,135 (the "'135 Patent"), entitled "Software Self-Defense Systems and Methods." The '135 Patent is publicly available.[6] ITP owns all rights, titles, and interests in the '135 Patent.

20. On August 16, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,001,388 (the "'388 Patent"), entitled "Software Self-Checking Systems And Methods." The '388 Patent is publicly available.[7] ITP owns all rights, titles, and interests in the '388 Patent.

21. On January 8, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,352,747 (the "'747 Patent"), entitled "Software Self-Checking Systems And Methods." The '747 Patent is publicly available.[8] ITP owns all rights, titles, and interests in the '747 Patent**.**

22. On April 29, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,713,326 (the "'326 Patent"), entitled "Software Self-Checking Systems

---

[5] *See, e.g.*, https://patents.google.com/patent/US7779270B2/ and https://patents.google.com/patent/US7779394B2/.
[6] *See, e.g.*, https://patents.google.com/patent/US7823135B2/.
[7] *See, e.g.*, https://patents.google.com/patent/US8001388B2/.
[8] *See, e.g.*, https://patents.google.com/patent/US8352747B2/.

And Methods." The '326 Patent is publicly available.[9] ITP owns all rights, titles, and interests in the '326 Patent.

23. On September 22, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,141,788 (the "'788 Patent"), entitled "Software Self-Checking Systems And Methods." The '788 Patent is publicly available.[10] ITP owns all rights, titles, and interests in the '788 Patent.

24. On April 24, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,953,159 (the "'159 Patent"), entitled "Software Self-Checking Systems And Methods." The '159 Patent is publicly available.[11] ITP owns all rights, titles, and interests in the '159 Patent.

25. On September 24, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,423,779 (the "'779 Patent"), entitled "Software Self-Checking Systems And Methods." The '779 Patent is publicly available.[12] ITP owns all rights, titles, and interests in the '779 Patent.

26. On December 3, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,496,814 (the "'814 Patent"), entitled "Software Integrity Checking Systems And Methods." The '814 Patent is publicly available.[13] ITP owns all rights, titles, and interests in the '814 Patent.

27. On December 22, 2020, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,872,146 (the "'146 Patent"), entitled "Software Integrity

---

[9] *See, e.g.*, https://patents.google.com/patent/US8713326B2/.
[10] *See, e.g.*, https://patents.google.com/patent/US9141788B2/.
[11] *See, e.g.*, https://patents.google.com/patent/US9953159B2/.
[12] *See, e.g.*, https://patents.google.com/patent/US10423779B2/.
[13] *See, e.g.*, https://patents.google.com/patent/US10496814B2/.

Checking Systems And Methods." The '146 Patent is publicly available.[14] ITP owns all rights, titles, and interests in the '146 Patent.

28. On December 20, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,531,751 (the "'751 Patent"), entitled "Software Integrity Checking Systems And Methods." The '751 Patent is publicly available.[15] ITP owns all rights, titles, and interests in the '751 Patent.

29. On November 28, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,829,469 (the "'469 Patent"), entitled "Software Integrity Checking Systems And Methods." The '469 Patent is publicly available.[16] ITP owns all rights, titles, and interests in the '469 Patent.

30. On March 18, 2025, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 12,254,085 (the "'085 Patent"), entitled "Software Integrity Checking Systems And Methods." The '085 Patent is publicly available.[17] ITP owns all rights, titles, and interests in the '085 Patent.

31. Collectively, the '103 Patent, '388 Patent, '747 Patent, '326 Patent, '788 Patent, '159 Patent, '779 Patent, '814 Patent, '146 Patent, '751 Patent, '469 Patent, and '085 Patents are referred to as the "Asserted Patents."

32. The Asserted Patents are valid, enforceable, and duly issued in full compliance with Title 35 of the United States Code.

---

[14] *See, e.g.*, https://patents.google.com/patent/US10872146B2/
[15] *See, e.g.*, https://patents.google.com/patent/US11531751B2/
[16] *See, e.g.*, https://patents.google.com/patent/US11829469B2/
[17] *See, e.g.*, https://patents.google.com/patent/US12254085B2/

33. ITP has complied with any applicable marking and/or notice requirements of 35 U.S.C. § 287.

34. ITP is the sole and exclusive owner of all right, title, and interest to and in the Asserted Patents and holds the exclusive right to take all actions necessary to enforce its rights to the Asserted Patents, including the filing of this patent infringement lawsuit. ITP also has the right to recover all damages for past, present, and future infringement of the Asserted Patents and to seek injunctive relief as appropriate under the law.

35. Guardsquare has become one of the leading providers of mobile application security solutions in the United States and worldwide, with what it describes as a "market-changing approach" to mobile application security.[18] Guardsquare's mobile application security tools enable developers to embed self-checking code sequences—known as runtime application self-protection ("RASP") checks—directly into their applications during the build process.[19] Using a "compiler-based" approach,[20] the protected application's code is parsed, reconstructed, and rebuilt with integrity checks seamlessly embedded, enabling the application to monitor its own integrity at runtime without requiring the end user to take any additional action.

36. Guardsquare's "market-changing approach" to mobile application security emphasizes the need to protect applications against reverse engineering, tampering, and unauthorized modification at runtime. Guardsquare offers its mobile application security tools commercially throughout the United States and worldwide, enabling its customers to integrate self-

---

[18] https://www.guardsquare.com/webinar/on-demand/introducing-a-market-changing-approach-to-mobile-app-security (last visited Jun. 1, 2026).
[19] https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); *see also* https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).
[20] https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

checking and integrity-protection features into their mobile applications before distribution to end users.

37. The products Guardsquare sells in the United States include at least the following: DexGuard, a security tool for Android applications, and iXGuard, a security tool for iOS applications. Guardsquare's security tools such as DexGuard and iXGuard, for example, provide runtime application self-protection ("RASP"), code integrity checking, and software obfuscation features. These Guardsquare security tools are collectively referred to as the "Accused Instrumentalities."[21]

38. Guardsquare's Accused Instrumentalities operate by inserting multiple self-checking code sequences—referred to by Guardsquare as RASP checks—into the program during the build process. These RASP checks "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time." By way of example, DexGuard employs a "compiler-based" approach that parses, reconstructs, and rebuilds application code, naturally regenerating the application's code and providing "an ideal framework for embedding security controls seamlessly." This compiler-based obfuscation is able to "introduce randomized variations in code semantics, structure, and placement with minimal effort from developers." DexGuard injects the RASP checks in different locations in every build, and the resulting checks "are not just standalone barriers; they reinforce and interlock with each other" in a "layered, interdependent approach [that] makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app." When a modification is detected, Guardsquare's

[21] Throughout this complaint, if an exemplary product is discussed, it should be understood that the accusations against such exemplary product apply equally to all of Guardsquare's Accused Instrumentalities as defined herein, as well as any additional software security tools that incorporate substantially similar self-checking functionality, to the extent there are any such additional tools.

products trigger tamper response mechanisms, including "terminating the user's session, displaying a warning message or limiting functionality."

39. By making, using, offering to sell, selling, and/or importing the Accused Instrumentalities—including by distributing DexGuard and iXGuard to customers in the United States and providing those customers with the means to integrate the patented self-checking technology into their mobile applications—Guardsquare has infringed and is infringing the Asserted Patents as described in further detail below.

## CAUSES OF ACTION

### Count I: Infringement of U.S. Patent No. 7,581,103

40. All preceding factual allegations above are incorporated as if fully set forth herein.

41. On August 25, 2009, the United States Patent and Trademark Office duly and legally issued the '103 Patent. All right, title, and interest in the '103 Patent have been assigned to ITP.

42. The '103 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

43. Guardsquare has directly infringed the '103 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Instrumentalities to practice the claimed invention in the '103 Patent. For example, claim 1 of the '103 Patent[22] recites:

> A method of creating a self-checking software program, the program being embodied on a computer-readable medium, the method comprising:
>
> > inserting multiple self-checking code sequences into the program's source code;

[22] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

> compiling the program's source code to form object code;
>
> rearranging basic blocks of the program's object code such that the distribution of the multiple self-checking code sequences is changed;
>
> inserting a plurality of correctors into the rearranged object code;
>
> assigning the self-checking code sequences to overlapping portions of the program, each of said portions containing at least one corrector, and at least some of said portions containing at least part of one or more of said self-checking code sequences, wherein each self-checking code sequence is operable to calculate a function of at least one of said portions; and
>
> assigning values to the correctors, the value of each corrector being chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given corrector results in a predefined value when the given portion has not been improperly modified.

44. The Accused Instrumentalities meet the recited elements of Claim 1.

45. The Accused Instrumentalities perform methods of creating self-checking software programs.[23]

46. The Accused Instrumentalities insert multiple self-checking code sequences into a program.[24] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[25] The Accused Instrumentalities insert self-checking code (e.g., "integrity checks") throughout a program's "existing code."[26]

---

[23] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).

[24] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[25] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[26] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.

47. The compiler-based solution of the Accused Instrumentalities involves adding instructions to the code.[27]

**The highest level of protection, uncompromised**

Our products, **DexGuard** and **iXGuard**, apply protections with a compiler-based approach. This means that instead of an SDK that you integrate in your code manually or a wrapper that overrides the startup of your app to apply protections, we **obfuscate the code** with multiple layers of obfuscation and inject runtime checks throughout your application in diverse ways, making the security features an integral part of your app. This approach, which is polymorphic and unique with every build, results in the highest level of protection.

Compiler-based protections stand in stark contrast to the one-size-fits-all methods seen in the market, which often sacrifice security for ease of use. Compiler-based protection integrates security directly into the app's code during compilation, making it more robust and difficult to reverse-engineer than third-party wrappers, which can introduce a single point of failure.

With Guardsquare, there's no need to compromise—our customers achieve the highest level of mobile app protection - now in the easiest possible way without compromising app performance, user experience, or time to market.

[27] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

## Optimizing and protecting applications

**DexGuard** can be used to protect applications that have been produced by the Android build toolchain.

Source code and resources optimized and protected (.apk) with dexguard.

- Android manifest (text .xml)
- Java source code (.java)
- Native source code (.c, .cpp)
- Resources (text .xml)
- Resource files (text .xml, .png,...)
- Assets (.txt,...)

DexGuard reads the **input** .apk file and optimizes and protects the code and the resources.

DexGuard packages the processed **output** into an output apk. DexGuard can optionally sign and align the output, removing the need for external tools.

48. The Accused Instrumentalities compile the program's source code to form object code of the executable program as part of their "compiler-based" build process.

49. The Accused Instrumentalities rearrange basic blocks of the program's object code such that the distribution of the multiple self-checking code sequences is changed. For example, the compiler-based solutions of the Accused Instrumentalities parse, reconstruct, and rebuild the application code.[28] Further, the Accused Instrumentalities "introduce randomized variations in code semantics, structure, and placement" when they "naturally regenerate[s] an application's code."[29]

[28] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[29] *Id.*

## The role of a compiler based approach in this layered strategy

Compiler based approach plays a vital role in implementing effective code obfuscation. Guardsquare's approach is analogous to how a compiler works, we operate on the code directly, rather than encapsulating the code with a simple layer of protection. Since compilers naturally regenerate an application's code, they provide an ideal framework for embedding security controls seamlessly. This capability supports advanced code analysis and transformation techniques, serving as a cornerstone of modern software protection.

One of the biggest advantages of compiler-based obfuscation is its ability to introduce randomized variations in code semantics, structure, and placement with minimal effort from developers. This results in two major benefits:

**The "reset the clock" effect** – Each new application version forces attackers to start their reverse-engineering efforts from scratch, which, after a point in time, becomes expensive in every aspect and, hence, futile.

At Guardsquare, we refer to this phenomenon as **polymorphism**, meaning that the security measures change with each new app version. This dynamic strategy ensures that attackers can't rely on the same knowledge to tamper with the app over time. With every new build, the protection mechanism adapts, making reverse engineering significantly harder.

**A vast, uniformly obfuscated "haystack"**—The idea behind "haystacking" comes from the proverb "finding a needle in a haystack." In the context of mobile app security, this means making it difficult for attackers to locate what they're trying to protect in the first place. This involves two key aspects: hiding secrets and embedding protections. With the help of Guardsquare products, developers can obfuscate far more than just critical secrets; they can disguise other parts of the codebase as well, making it harder to distinguish sensitive elements from the rest. Similarly, RASP (Runtime Application Self-Protection) should not only be applied to high-value functions but distributed throughout the code to create additional layers of security. RASP checks are incorporated into the code during compilation.

50. The Accused Instrumentalities insert a plurality of correctors into the rearranged object code. For example, the Accused Instrumentalities use "checksumming" as a type of integrity check in its systems.[30]

[30] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

51. Guardsquare discloses that checksumming components are inserted into object code in the manner claimed (correctors inserted into the rearranged object code). For example, Guardsquare discusses that the checksum values themselves can be inserted into the application after compilation using binary patching.[31]

**TWEAKS AND IMPROVEMENTS**

In the example we shared above, we chose to embed the checksum value in the app package by adding it into the `Info.plist` file. This approach is quite convenient, but obviously not very secure since the attacker can easily tamper with the value. For greater security, we could encrypt the checksum before adding it to the app package and decrypt it at runtime before using it.

Additionally, instead of adding the checksum within the `Info.plist` file, we could include it at another location within the app. For example, the very technique we are trying to fight could be used to add the value into the app post compilation: the checksum value can be stored in a variable with a placeholder value at compile time, which can then be replaced by the actual checksum value using binary patching.

52. The Accused Instrumentalities assign values to the correctors, the value of each corrector being chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given corrector results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the

[31] Guardsquare, Unhooked: Code Checksumming, https://www.guardsquare.com/unhooked-code-checksumming (last visited Jun. 1, 2026).

Accused Instrumentalities use checksumming to determine whether given portions have been modified.[32]

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

53. The assignment of specific values to correctors such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

54. The Accused Instrumentalities detect tampering and protect applications against reverse engineering and modification.[33]

55. The Accused Instrumentalities assign self-checking code sequences to overlapping portions of the program. Guardsquare uses overlapping self-checking code sequences. For example, Guardsquare explains that "the checks are not just standalone barriers; they reinforce and interlock with each other. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app."[34]

---

[32] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[33] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

[34] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026); *see also* Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

56. Guardsquare committed the infringing activities without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the '103 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare's wrongful acts in an amount subject to proof at trial.

**Count II: Infringement of U.S. Patent No. 8,001,388**

57. All preceding factual allegations above are incorporated as if fully set forth herein.

58. On August 16, 2011, the United States Patent and Trademark Office duly and legally issued the '388 Patent. All right, title, and interest in the '388 Patent have been assigned to ITP.

59. The '388 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

60. Guardsquare has directly infringed the '388 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused

Instrumentalities to practice the claimed invention in the ’388 Patent. For example, claim 1 of the ’388 Patent[35] recites:

> A method comprising:
>
> > inserting a plurality of correctors into object code of a program embodied on a non-transitory computer-readable medium;
> >
> > assigning self-checking code sequences to overlapping portions of the program, each of said portions containing at least one corrector, wherein each self-checking code sequence is operable to calculate a function of at least one of said portions; and
> >
> > assigning values to the correctors, the value of each corrector being chosen such that the function calculated by self-checking code sequence assigned to a given portion of the program containing a given corrector results in a predefined value when the given portion has not been improperly modified.

61. The Accused Instrumentalities meet the recited elements of claim 1.

62. The Accused Instrumentalities insert a plurality of correctors into the rearranged object code. A corrector is a value inserted into a program region that is specifically chosen so that an integrity-checking function over that region produces a predetermined expected result when the code has not been altered. The Accused Instrumentalities use “checksumming” as a type of integrity check in its systems.[36]

---

[35] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

[36] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

63. Guardsquare discloses that checksumming components are inserted into object code in the manner claimed (correctors inserted into the rearranged object code). For example, Guardsquare discusses that the checksum values themselves can be inserted into the application after compilation using binary patching.[37]

## TWEAKS AND IMPROVEMENTS

In the example we shared above, we chose to embed the checksum value in the app package by adding it into the `Info.plist` file. This approach is quite convenient, but obviously not very secure since the attacker can easily tamper with the value. For greater security, we could encrypt the checksum before adding it to the app package and decrypt it at runtime before using it.

Additionally, instead of adding the checksum within the `Info.plist` file, we could include it at another location within the app. For example, the very technique we are trying to fight could be used to add the value into the app post compilation: the checksum value can be stored in a variable with a placeholder value at compile time, which can then be replaced by the actual checksum value using binary patching.

64. The Accused Instrumentalities assign self-checking code sequences to overlapping portions of the program, each of said portions containing at least one corrector, wherein each self-checking code sequence is operable to calculate a function of at least one of said portions. Guardsquare uses overlapping self-checking code sequences. For example, Guardsquare explains

[37] Guardsquare, Unhooked: Code Checksumming, https://www.guardsquare.com/unhooked-code-checksumming (last visited Jun. 1, 2026).

that "the checks are not just standalone barriers; they reinforce and interlock with each other. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app."[38]

> ### Strengthening runtime security with RASP
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

65. RASP checks used by the Accused Instrumentalities involve checksumming for applicable portions to determine whether given portions have been modified. For example, Guardsquare states: "Any attempt to patch out a system integrity check could be thwarted by code checksumming."[39] Thus, the self-checking code sequences are assigned to overlapping portions of the program, each of said portions containing at least one corrector, and each self-checking code sequence is operable to calculate a function of at least one of said portions.

66. Several examples of RASP check overlaps are described in Guardsquare's public documentation, including by way of example: (a) an application resigning check to thwart an attacker who identified and attempts to disable a root check; (b) system library integrity to detect potential manipulation such as attempted bypassing of the application resigning check by tampering with system libraries; and (c) code checksumming that would thwart potential attempts

---

[38] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026); see also Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

[39] *Id.*

to patch out a system integrity check.[40] These overlapping arrangements show that the Accused Instrumentalities comprise self-checking code sequences assigned to overlapping portions of the program.

67. The Accused Instrumentalities assign values to the correctors, the value of each corrector being chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given corrector results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.

68. The assignment of specific values to correctors such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

69. The Accused Instrumentalities detect tampering and protect applications against reverse engineering and modification.[41] DexGuard and iXGuard, for example, are specifically designed to embed integrity checks that produce predefined values when the protected program has not been improperly modified, and to trigger tamper response mechanisms when a discrepancy is detected.

---

[40] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[41] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).

## How RASP security **prevents tampering**

Runtime application self-protection implementations monitor both the app and the environment it runs within to detect threats like jailbroken or rooted devices, function hooking attempts and more. When these threats are detected, RASP mobile security implementations respond with pre-programmed actions, like terminating the user's session, displaying a warning message or limiting functionality.

70. Guardsquare committed the infringing activities without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the '388 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare's wrongful acts in an amount subject to proof at trial.

**Count III: Infringement of U.S. Patent 8,352,747**

71. All preceding factual allegations above are incorporated as if fully set forth herein.

72. On January 8, 2013, the United States Patent and Trademark Office duly and legally issued the '747 Patent. All right, title, and interest in the '747 Patent have been assigned to ITP.

73. The '747 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

74. Guardsquare has directly infringed the '747 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused

Instrumentalities to practice the claimed invention in the ’747 Patent. For example, Claim 1 of the ’747 Patent[42] recites:

> A method of creating a self-checking software program on a non-transitory computer-readable medium, the method comprising:
>
> creating a plurality of self-checking code sequences operable to calculate a function of a portion of the program, each self-checking code sequence having an interval start field and an interval end field;
>
> inserting the plurality of self-checking code sequences into the program source code;
>
> inserting a plurality of correctors, each having a corrector value field, into the program executable;
>
> assigning the self-checking code sequences to portions of the program, each of the portions containing at least one corrector;
>
> locating the self-checking code sequences and setting the interval start field and the interval end field to values corresponding to the start of the portion of the program and the end of the portion of the program, respectively;
>
> locating the correctors and setting the corrector value field of each such that the function calculated by the self-checking code sequence results in a predefined value when the portion of the program has not been improperly modified; and
>
> writing the self-checking software program onto a non-transitory computer-readable medium.

The Accused Instrumentalities meet the recited elements of Claim 1.

75. The Accused Instrumentalities perform methods of creating self-checking software programs on non-transitory computer-readable media.

76. The Accused Instrumentalities create a plurality of self-checking code sequences operable to calculate a function of a portion of the program, each self-checking code sequence

[42] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

having an interval start field and an interval end field. For example, Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[43] Each RASP check monitors a defined portion of the overall code, with parameters that define the start and end of the portion of code over which the self-checking code sequence operates.[44]

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

77. Guardsquare's RASP checks "operate within the application itself" and are assigned to specific code regions, each with defined boundaries over which the integrity function is computed.

78. The Accused Instrumentalities insert the plurality of self-checking code sequences into the program source code. Guardsquare's "compiler-based" solution involves adding instructions to the code.[45]

---

[43] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[44] *See also* Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[45] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

79. The Accused Instrumentalities insert a plurality of correctors, each having a corrector value field, into the program executable. Each corrector has a corrector value field—the field that stores the specific value assigned to achieve the predefined integrity-check result.

80. The Accused Instrumentalities use "checksumming" as a type of integrity check in their systems.[46]

81. Guardsquare documentation discloses that checksumming components are inserted into the program executable in the manner claimed (correctors—each with a corrector value field—inserted into the program executable). For example, the checksum values themselves can be inserted into the application after compilation using binary patching.[47]

> **TWEAKS AND IMPROVEMENTS**
>
> In the example we shared above, we chose to embed the checksum value in the app package by adding it into the `Info.plist` file. This approach is quite convenient, but obviously not very secure since the attacker can easily tamper with the value. For greater security, we could encrypt the checksum before adding it to the app package and decrypt it at runtime before using it.
>
> Additionally, instead of adding the checksum within the `Info.plist` file, we could include it at another location within the app. For example, the very technique we are trying to fight could be used to add the value into the app post compilation: the checksum value can be stored in a variable with a placeholder value at compile time, which can then be replaced by the actual checksum value using binary patching.

82. The Accused Instrumentalities assign the self-checking code sequences to portions of the program, each of the portions containing at least one corrector. The Accused Instrumentalities use overlapping self-checking code sequences in which "the checks are not just standalone barriers; they reinforce and interlock with each other. … This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone

---

[46] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[47] Guardsquare, Unhooked: Code Checksumming, https://www.guardsquare.com/unhooked-code-checksumming (last visited Jun. 1, 2026).

compromise the entire app."[48] RASP checks involve checksumming to determine whether given portions have been modified. "Any attempt to patch out a system integrity check could be thwarted by code checksumming."[49]

83. The Accused Instrumentalities locate the self-checking code sequences and set the interval start field and the interval end field to values corresponding to the start of the portion of the program and the end of the portion of the program, respectively. Each RASP check is responsible for a defined region of the code. The specific parameters of the RASP checks—including the values defining the start and end of the monitored code region—are set during the build process when the self-checking code sequences are assigned to their respective portions of the program.

84. The Accused Instrumentalities locate the correctors and set the corrector value field of each such that the function calculated by the self-checking code sequence results in a predefined value when the portion of the program has not been improperly modified. For applicable portions, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.

85. The Accused Instrumentalities write the self-checking software program onto a non-transitory computer-readable medium. Writing the protected program to a non-transitory computer-readable medium is necessarily accomplished by any tool that produces a protected binary output. DexGuard and iXGuard, for example, produce protected application binaries (e.g.,

[48] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026); see also Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).
[49] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

APK files for Android, IPA files for iOS) that are stored on non-transitory computer-readable media and distributed to end users.[50]

86. Guardsquare committed the infringing activities without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the ’747 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial.

**Count IV: Infringement of U.S. Patent No. 8,713,326**

87. All preceding factual allegations are incorporated as if fully set forth herein.

88. On April 29, 2014, the United States Patent and Trademark Office duly and legally issued the ’326 Patent. All right, title, and interest in the ’326 Patent have been assigned to ITP.

89. The ’326 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

90. Guardsquare has directly infringed the ’326 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Instrumentalities to practice the claimed invention in the ’326 Patent. For example, Claim 1 of the ’326 Patent[51] recites:

> A method of creating a tamper-resistant software program on a non-transitory computer-readable medium, the method comprising:
>
> > including a plurality of self-checking code sequences in the source code of the program, each self-checking code sequence being configured to calculate a function of a portion of the program;

---

[50] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); Guardsquare, iXGuard, https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).

[51] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

including in the program one or more code sequences configured to trigger a tamper response mechanism when an improper modification of the program is detected by at least one of the plurality of self-checking code sequences; and

writing the program onto a non-transitory computer readable medium.

91. The Accused Instrumentalities meet the recited elements of the claimed mobile device of claim 1.

92. The Accused Instrumentalities perform methods of creating tamper-resistant software programs on non-transitory computer-readable media.

93. The Accused Instrumentalities include a plurality of self-checking code sequences in the source code of the program, each self-checking code sequence being configured to calculate a function of a portion of the program. As an example, Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[52] Guardsquare's RASP solutions "operate within the application itself."[53] The Accused Instrumentalities insert self-checking code (e.g., "integrity checks") throughout a program's existing code.[54]

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

---

[52] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[53] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).

[54] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

94. Each self-checking code sequence is configured to calculate a function of a portion of the program. The Accused Instrumentalities use overlapping self-checking code sequences in which "the checks are not just standalone barriers; they reinforce and interlock with each other."[55] "RASP monitors the app's execution flow and the interactions it has with its environment. This includes system calls, data inputs, and other runtime activities."[56] RASP checks used by the Accused Instrumentalities involve checksumming to calculate a function of a portion of the program. "Any attempt to patch out a system integrity check could be thwarted by code checksumming."[57]

95. The "compiler-based" solution of the Accused Instrumentalities involves adding instructions to the program code.[58]

96. The Accused Instrumentalities include in the program one or more code sequences configured to trigger a tamper response mechanism when an improper modification of the program is detected by at least one of the plurality of self-checking code sequences. Guardsquare describes a variety of tamper response mechanisms that are triggered when an improper modification is detected.

97. For example, "[i]f [attackers] try bypassing that by tampering with system libraries, system library integrity will detect the manipulation."[59] Guardsquare further explains that "[w]hen

---

[55] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[56] Guardsquare, RASP Solution Key Features, https://www.guardsquare.com/blog/rasp-solution-key-features (last visited Jun. 1, 2026).
[57] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[58] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).
[59] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

these threats are detected, RASP mobile security implementations respond with pre-programmed actions, like terminating the user's session, displaying a warning message or limiting functionality."[60]



How RASP security **prevents tampering**

Runtime application self-protection implementations monitor both the app and the environment it runs within to detect threats like jailbroken or rooted devices, function hooking attempts and more. When these threats are detected, RASP mobile security implementations respond with pre-programmed actions, like terminating the user's session, displaying a warning message or limiting functionality.

98. Guardsquare discloses additional examples of tamper response mechanisms, including that RASP checks can "respond with pre-programmed actions" and that the system is designed to detect and react to threats in real time.[61] These tamper response mechanisms are triggered when an improper modification of the program is detected by at least one of the plurality of self-checking code sequences, as the claim requires.

99. The Accused Instrumentalities write the program onto a non-transitory computer-readable medium. Writing the protected program to a non-transitory computer-readable medium

---

[60] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).

[61] Guardsquare, RASP Solution Key Features, https://www.guardsquare.com/blog/rasp-solution-key-features (last visited Jun. 1, 2026); *see also* Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

is necessarily accomplished by any tool that produces a protected binary output. DexGuard and iXGuard, for example, produce protected application binaries (e.g., APK files for Android, IPA files for iOS) that are stored on non-transitory computer-readable media and distributed to end users.[62]

100. Guardsquare committed the infringing activities without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the '326 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare's wrongful acts in an amount subject to proof at trial.

**Count V: Infringement of U.S. Patent No. 9,141,788**

101. All preceding factual allegations above are incorporated as if fully set forth herein.

102. On September 22, 2015, the United States Patent and Trademark Office duly and legally issued the '788 Patent. All right, title, and interest in the '788 Patent have been assigned to ITP.

103. The '788 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

104. Claim 1 of the '788 Patent[63] recites:

> A non-transitory computer-readable storage medium, the computer-readable storage medium storing programming instructions that, if executed by a processor of a computer system, are operable to cause the computer system to perform operations comprising:
>
> > calculating, by a self-checking code sequence included in a program, during execution of the program, a result of a function based on a portion of the program;

---

[62] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); Guardsquare, iXGuard, https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).

[63] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

> comparing, by the self-checking code sequence, the result with a predefined value;
>
> determining, by the self-checking code sequence, that the result does not match a predefined value based on the comparison; and
>
> triggering a tamper response mechanism based on the determination that the result does not match the predefined value.

105. Third parties—including application developers who are customers of Guardsquare in the United States and in Texas—have directly infringed the ’788 Patent by using the Accused Instrumentalities to create, distribute, and execute self-checking software programs that practice the claimed invention of the ’788 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application binary constitutes a non-transitory computer-readable storage medium storing programming instructions that, when executed, perform the operations claimed in the ’788 Patent. These protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’788 Patent.

106. Guardsquare has products that enable third parties to create infringing self-checking software programs including, for example, DexGuard for Android applications and iXGuard for iOS applications.[64] DexGuard and iXGuard, for example, produce protected application binaries (e.g., APK files for Android, IPA files for iOS) that are stored on non-transitory computer-readable storage media and distributed to end users.[65]

107. Applications protected by the Accused Instrumentalities calculate, by a self-checking code sequence included in the program, during execution of the program, a result of a

---

[64] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).

[65] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); Guardsquare, iXGuard, https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).

function based on a portion of the program. Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[66] These RASP checks are included in the program—Guardsquare embeds "RASP checks directly into the user code rather than isolating them in separate functions."[67]

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

108. Guardsquare uses checksumming as a type of integrity check in its systems.[68] "Any attempt to patch out a system integrity check could be thwarted by code checksumming."[69] The RASP checks embedded in applications protected by the Accused Instrumentalities calculate a result of a function based on a portion of the program during execution, as the claim element requires.

109. Applications protected by the Accused Instrumentalities compare, by the self-checking code sequence, the result with a predefined value. As part of the checksumming process, the integrity checks of the Accused Instrumentalities compute a hash or fingerprint of the protected

---

[66] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[67] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[68] *Id.*

[69] *Id.*

code region at runtime and compare that computed result against an expected value that was embedded in the application at build time.[70]

110. Applications protected by the Accused Instrumentalities determine, by the self-checking code sequence, that the result does not match a predefined value based on the comparison. When the computed integrity check value does not match the predefined expected value, the self-checking code sequence determines that the protected portion of the program has been improperly modified.

111. Applications protected by the Accused Instrumentalities trigger a tamper response mechanism based on the determination that the result does not match the predefined value. Guardsquare discloses a variety of tamper response mechanisms that are triggered when an improper modification is detected. For example, "[i]f [attackers] try bypassing that by tampering with system libraries, system library integrity will detect the manipulation."[71]




[70] See above ¶¶ 48-49 (Count I) (describing checksumming process).
[71] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

112. Guardsquare further discloses that "[w]hen these threats are detected, RASP mobile security implementations respond with pre-programmed actions, like terminating the user's session, displaying a warning message or limiting functionality."[72] Additional examples of tamper response mechanisms include that if an attacker identifies and attempts to disable a root check, an application resigning check might stop them; if they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation; and any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection.[73] These tamper response mechanisms are triggered based on the determination that the result of the integrity check does not match the predefined value, as the claim requires.

113. Guardsquare knew that the Accused Instrumentalities are specifically designed to produce self-checking software programs that practice the operations claimed in the '788 Patent—including by calculating integrity check values based on portions of the program during execution, comparing those values to predefined expected values, determining when the results do not match, and triggering tamper response mechanisms based on those determinations.

114. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of RASP integrity checks, checksumming, integrity value comparison, and tamper response mechanisms—the very

---

[72] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).
[73] See above, Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

functionalities claimed in the ’788 Patent.[74] Guardsquare’s documentation instructs customers to integrate these features into their applications, and Guardsquare’s products are designed so that these infringing features are automatically embedded into the customer’s application when the Accused Instrumentalities are used as directed.

115. Guardsquare has directly infringed the ’788 Patent through its software applications and programs that comprise Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

116. Guardsquare’s direct infringement has been without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’788 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial.

**Count VI: Infringement of U.S. Patent No. 9,953,159**

117. All preceding factual allegations above are incorporated as if fully set forth herein.

118. On April 24, 2018, the United States Patent and Trademark Office duly and legally issued the ’159 Patent. All right, title, and interest in the ’159 Patent have been assigned to ITP.

119. The ’159 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

---

[74] See above, e.g., Guardsquare, Multi-Layered Mobile App Protection (discussing the benefits of various integrity checks); Protecting Runtime Integrity with RASP Threat Monitoring (discussing benefits of RASP checks protect applications); Unhooked: Code Checksumming; Guardsquare, Automatic RASP Injection; Guardsquare, Code Checksumming: Detecting Binary Patches, https://www.guardsquare.com/blog/code-checksumming (describing the benefits of checksumming used in iXGuard); Guardsquare, Frequently Asked Questions, https://www.guardsquare.com/frequently-asked-questions (discussing the benefits of system library integrity features).

120. Claim 1 of the ’159 Patent[75] recites:

> A non-transitory computer-readable storage medium, the computer-readable storage medium storing programming instructions that, if executed by a processor of a computer system, are operable to cause the computer system to perform a method comprising:
>
> loading a memory address obfuscating value;
>
> calculating an address locator value at least in part based on said memory address obfuscating value;
>
> reading a first portion of memory beginning at an address determined by said calculated address locator value, said first portion of memory at least in part used to store instructions associated with a currently executing program;
>
> calculating a first integrity check value based on the contents of said first portion of memory;
>
> comparing said first calculated integrity check value to a first expected check value; and
>
> initiating one or more response actions at least in part based on the results of said step of comparing said first calculated check value.

121. Third parties—including application developers who are customers of Guardsquare in the United States and in Texas—have directly infringed the ’159 Patent by using the Accused Instrumentalities to create, distribute, and execute self-checking software programs that practice the claimed invention of the ’159 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application binary constitutes a non-transitory computer-readable storage medium storing programming instructions that, when executed, perform the method claimed in the ’159 Patent. These protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’159 Patent.

---

[75] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

122. The Accused Instrumentalities, when used by third-party developers as Guardsquare instructs and intends, produce applications that load a memory address obfuscating value. Guardsquare provides functions that align with loading a memory address obfuscating value. For example, Guardsquare eliminates direct method calls and replaces "direct function calls with indirect references," which "hides method calls, making it harder to understand the app's logic."[76] This process also "renam[es] methods to random characters."[77] In addition, Guardsquare's "Haystacking" technique includes "disguis[ing] other parts of the codebase as well, making it harder to distinguish sensitive elements from the rest."[78] These techniques involve loading obfuscating values that obscure the true memory addresses of program functions and code segments.



4. **Eliminating direct method calls: Another step towards confusion**

Replacing direct function calls with indirect references hides method calls, making it harder to understand the app's logic.

Attackers typically look for specific methods and function calls when trying to reverse engineer an app. Method call hiding adds another layer of disarray by obfuscating method calls, making it difficult for attackers to track which functions are being executed.

By hiding method calls or renaming methods to random characters, attackers will have a harder time understanding which functions are interacting with each other and how the app operates. This technique, when used in conjunction with control flow obfuscation and string encryption, ensures that reverse engineers can't easily deduce the app's underlying logic.



**A vast, uniformly obfuscated "haystack"**—The idea behind "haystacking" comes from the proverb "finding a needle in a haystack." In the context of mobile app security, this means making it difficult for attackers to locate what they're trying to protect in the first place. This involves two key aspects: hiding secrets and embedding protections. With the help of Guardsquare products, developers can obfuscate far more than just critical secrets; they can disguise other parts of the codebase as well, making it harder to distinguish sensitive elements from the rest. Similarly, RASP (Runtime Application Self-Protection) should not only be applied to high-value functions but distributed throughout the code to create additional layers of security. RASP checks are incorporated into the code during compilation.

This comprehensive approach ensures that both the app's defenses and its sensitive data remain deeply concealed, significantly increasing the effort required for an attacker to reverse-engineer the application. By utilizing a compiler based approach, developers can ensure that security mechanisms are not only deeply embedded but also evolve dynamically with each build.

[76] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[77] *Id.*
[78] *Id.*

123. Applications protected by the Accused Instrumentalities calculate an address locator value at least in part based on said memory address obfuscating value. The elimination of direct method calls and their replacement with indirect references frequently results in the calculation of an address locator value in normal operation.[79] For example, when DexGuard replaces direct function calls with indirect references, the resulting program calculates—at runtime—the actual address of the function to be called, using the obfuscating value as an input to that calculation.

124. Applications protected by the Accused Instrumentalities read a first portion of memory beginning at an address determined by said calculated address locator value, said first portion of memory at least in part used to store instructions associated with a currently executing program. Guardsquare's RASP checks are inserted throughout the program code and operate at program runtime.[80] The Accused Instrumentalities keep certain code segments protected in otherwise randomized arrangements. For example, DexGuard injects the RASP checks throughout the build but ensures that "particularly sensitive code is protected."[81] Therefore, critical portions of code are protected in every system even when many checks are randomized, and that the obfuscating and self-checking techniques align such that the integrity-checking code reads portions of memory beginning at addresses determined by the calculated address locator values.[82]

---

[79] *Id.*; *see also* Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).
[80] See above, ¶¶ 111–112 (Count V).
[81] Guardsquare, DexGuard 8.7 and NDK Add-On 4.0 Released, https://www.guardsquare.com/blog/dexguard-87-and-ndk-addon-40-released (last visited Jun. 1, 2026).
[82] See above Multi-Layered Mobile App Protection, (describing interlocking nature of obfuscation and integrity-checking features).

> ## Automatic injection of RASP checks
>
> DexGuard and DexGuard NDK add-on can now automatically inject RASP checks into the code of Android applications. Automatic injection of RASP checks **increases the efficacy of runtime protection mechanisms** and **reduces implementation and maintenance time:**
>
> - DexGuard and DexGuard NDK inject RASP checks throughout the code base while ensuring particularly sensitive code is protected. The checks are injected at different locations in every single build. The broad coverage and randomized injection result in a more resilient app.
> - Automated injection of RASP checks makes it easier for development teams to create and maintain secure application code, cutting down development cost and accelerating time to market.

125. Applications protected by the Accused Instrumentalities calculate a first integrity check value based on the contents of said first portion of memory. The Accused Instrumentalities use integrity checks, including checksumming.[83] "Any attempt to patch out a system integrity check could be thwarted by code checksumming."[84] The checksumming process computes a first integrity check value based on the contents of the first portion of memory.

126. Applications protected by the Accused Instrumentalities compare said first calculated integrity check value to a first expected check value. The integrity check computes a hash or fingerprint of the protected code region at runtime and compares that computed result against an expected value that was embedded in the application at build time.[85]

127. Applications protected by the Accused Instrumentalities initiate one or more response actions based on the results of said step of comparing said first calculated check value. Guardsquare describes various response actions of RASP checks when a threat is detected. "When these threats are detected, RASP mobile security implementations respond with pre-programmed actions, like terminating the user's session, displaying a warning message or limiting

---

[83] *Id.*
[84] *Id.*
[85] See above ¶¶ 48–49 (Count I) (describing checksumming process).

functionality."[86] Additional response actions include detecting manipulation of system libraries, thwarting attempts to patch out system integrity checks via code checksumming, and triggering additional layers of detection when attempts are made to hook into a check.[87] These response actions are initiated based on the results of comparing the first calculated check value to the expected check value.

128. Guardsquare knew that the Accused Instrumentalities are specifically designed to produce self-checking software programs that practice the method claimed in the '159 Patent—including by loading memory address obfuscating values, calculating address locator values, reading portions of memory at addresses determined by those values, calculating integrity check values, comparing those values to expected check values, and initiating response actions based on the comparison.

129. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of call indirection, method renaming, haystacking, RASP integrity checks, checksumming, and tamper response mechanisms—the same functionalities claimed in the '159 Patent.[88] Guardsquare's documentation instructs customers to integrate these features into their applications, and Guardsquare's products

---

[86] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).
[87] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[88] See above, *e.g.,* Multi-Layered Mobile App Protection; Protecting Runtime Integrity with RASP Threat Monitoring; Compiler vs. Wrapper; DexGuard 8.7 and NDK Add-On 4.0 Released.

are designed so that these infringing features are automatically embedded into the customer's application when, for example, DexGuard or iXGuard is used as directed.

130. Guardsquare has directly infringed the '159 Patent through its software applications and programs that comprise Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

131. Guardsquare's direct infringement has been without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the '159 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare's wrongful acts in an amount subject to proof at trial.

**Count VII: Infringement of U.S. Patent No. 10,423,779**

132. All preceding factual allegations above are incorporated as if fully set forth herein.

133. On September 24, 2019, the United States Patent and Trademark Office duly and legally issued the '779 Patent. All right, title, and interest in the '779 Patent have been assigned to ITP.

134. The '779 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

135. Claim 1 of the '779 Patent[89] recites:

> A non-transitory computer-readable storage medium storing programming instructions that, if executed by a processor of a computer system, are operable to cause the computer system to perform a method of determining an integrity of a program, the method comprising:

[89] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court's scheduling order.

performing, using a first self-checking code sequence included in the program during execution of the program, a check of the integrity of a first portion of the program;

determining, based on the check of the integrity of the first portion of the program by the first self-checking code sequence, that the first portion of the program has been modified;

performing, using a second self-checking code sequence included in the program during execution of the program, a check of the integrity of a second portion of the program, the second portion of the program comprising a tamper response mechanism;

determining, based on the check of the integrity of the second portion of the program by the second self-checking code sequence, that the second portion of the program has not been modified; and

triggering the tamper response mechanism based on determining that the first portion of the program has been modified and that the second portion of the program has not been modified.

136. Third parties—including application developers who are customers of Guardsquare in the United States and in Texas—have directly infringed the ’779 Patent by using the Accused Instrumentalities to create, distribute, and execute self-checking software programs that practice the claimed invention of the ’779 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application binary constitutes a non-transitory computer-readable storage medium storing programming instructions that, when executed, perform the method of determining program integrity claimed in the ’779 Patent. These protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’779 Patent.

137. Applications protected by the Accused Instrumentalities perform, using a first self-checking code sequence included in the program during execution of the program, a check of the integrity of a first portion of the program. Guardsquare’s “Runtime application self-protection (RASP) mechanism[s]” are self-checking code sequences that “can facilitate actively monitoring

and maintaining the integrity of your applications and their environment in real time."[90] The Accused Instrumentalities embed "RASP checks directly into the user code rather than isolating them in separate functions."[91] These RASP checks perform integrity checks on portions of the program during execution.[92]

> Runtime attack, also referred to as **dynamic analysis**, is a type of reverse engineering attack done by malicious actors on a running app using debugging and hooking tools. The malicious actors do this to identify and potentially exploit weaknesses such as business logic flaws, weak input validation, and improper input/output encoding. Static analysis can be addressed by layering different **code obfuscation** techniques and encryption, On the other hand, dynamic analysis - tampering (and repackaging) dynamic analysis attacks require enabling an additional **runtime application self-protection** (RASP) mechanism that can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time.

138. Applications protected by the Accused Instrumentalities determine, based on the check of the integrity of the first portion of the program by the first self-checking code sequence, that the first portion of the program has been modified. When a RASP check detects that its assigned portion of the program has been tampered with—for example, by comparing a calculated integrity value against a predefined expected value and finding a mismatch—the system determines that the first portion of the program has been modified.[93]

139. Applications protected by the Accused Instrumentalities perform, using a second self-checking code sequence included in the program during execution of the program, a check of the integrity of a second portion of the program, the second portion of the program comprising a tamper response mechanism. The Accused Instrumentalities insert multiple RASP checks

---

[90] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[91] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[92] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[93] See above ¶¶ 111–114 (Count V) (describing the calculate-compare-determine process).

throughout the program, and the RASP checks "are not just standalone barriers; they reinforce and interlock with each other" in a "layered, interdependent approach."[94] Because the RASP checks are spread throughout the code, the RASP checks are assigned to portions of the program that comprise tamper response mechanism code. For example, Guardsquare describes that "[a]ny attempt to patch out a system integrity check could be thwarted by code checksumming."[95] The code checksumming RASP check that monitors the system integrity check is a second self-checking code sequence that checks the integrity of a portion of the program (the tamper response mechanism) during execution.

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

140. Applications protected by the Accused Instrumentalities determine, based on the check of the integrity of the second portion of the program by the second self-checking code sequence, that the second portion of the program has not been modified. Because the Accused Instrumentalities insert multiple RASP checks that are spread throughout different parts of the code, not all of them will flag every modification to the code.

---

[94] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[95] *Id.*

141. Applications protected by the Accused Instrumentalities trigger the tamper response mechanism based on determining that the first portion of the program has been modified and that the second portion of the program has not been modified. Because the second portion of the program comprising the tamper response mechanism has not itself been modified (as confirmed by the second self-checking code sequence), the tamper response mechanism remains functional and is triggered in response to the determination that the first portion of the program has been modified. Guardsquare describes this detection and response behavior: "[i]f an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection."[96] When the first portion's modification is detected and the tamper response mechanism in the second portion remains intact, the system responds with "pre-programmed actions, like terminating the user's session, displaying a warning message or limiting functionality."[97]

142. Guardsquare knew that the Accused Instrumentalities are specifically designed to produce self-checking software programs that practice the method claimed in the '779 Patent—including by performing multiple overlapping integrity checks on different portions of the program, determining which portions have been modified and which have not, and triggering tamper response mechanisms based on those determinations.

---

[96] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[97] Guardsquare, Runtime Application Self-Protection (RASP), https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).

143. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of multiple overlapping RASP checks, layered integrity verification, and cascading tamper response mechanisms—the very functionalities claimed in the ’779 Patent.[98] Guardsquare’s documentation instructs customers to integrate these features into their applications, and Guardsquare’s products are designed so that these infringing features are automatically embedded into the customer’s application when the Accused Instrumentalities are used as directed.

144. Guardsquare has directly infringed the ’779 Patent through its software applications and programs that comprise Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

145. Guardsquare’s direct infringement has been without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’779 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial.

**Count VIII: Infringement of U.S. Patent No. 10,496,814**

146. All preceding factual allegations above are incorporated as if fully set forth herein.

---

[98] *See, e.g.*, Guardsquare, Multi-Layered Mobile App Protection; Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring; Guardsquare, Compiler vs. Wrapper; Guardsquare, DexGuard 8.7 and NDK Add-On 4.0 Released.

147. On December 3, 2019, the United States Patent and Trademark Office duly and legally issued the ’814 Patent. All right, title, and interest in the ’814 Patent have been assigned to ITP.

148. The ’814 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

149. Claim 1 of the ’814 Patent[99] recites:

> A method for verifying the integrity of an application performed by a user device comprising a processor and a non-transitory computer-readable medium storing instructions that, when executed by the processor, cause the processor to perform the method, the method comprising:
>
> > receiving the application from an application store system, the application comprising one or more functional integrity checks;
> >
> > receiving a request to perform an initial execution of the application;
> >
> > in response to receiving the request to perform the initial execution of the application:
> >
> > executing the one or more functional integrity checks of the application to verify that one or more portions of the application associated with the one or more functional integrity checks function according to a defined behavior, wherein executing the one or more functional integrity checks comprises verifying that at least one input and at least one output associated with the one or more portions of the application correspond with an expected input and output behavior;
> >
> > generating, based on verifying that the one or more portions of the application function according to the defined behavior, one or more first integrity check values;
> >
> > storing the one or more first integrity check values on the user device; and
> >
> > allowing, based on the verifying that the one or more portions of the application function according to the defined behavior, the initial execution of the application to proceed.

[99] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

150. Third parties—including application developers who are customers of Guardsquare, and the customers of those application developers, in the United States and in Texas—have directly infringed and continue to directly infringe the ’814 Patent by using the Accused Instrumentalities to create, distribute, and execute applications that practice the claimed invention of the ’814 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application performs the operations claimed in the ’814 Patent. These protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’814 Patent.

151. Guardsquare has induced and continues to induce infringement of the ’814 Patent by third parties in violation of 35 U.S.C. § 271(b). Guardsquare has actively induced infringement of the ’814 Patent by intentionally encouraging, instructing, and facilitating the use of the Accused Instrumentalities (including at least DexGuard and iXGuard) by its customers—including application developers in the United States—to create self-checking software programs that practice the claimed invention of the ’814 Patent.

152. Applications protected by the Accused Instrumentalities perform methods for verifying the integrity of an application performed by a user device.[100]

[100] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).




153. Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are functional integrity checks that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[101] These RASP checks are included in the program—Guardsquare embeds "RASP checks directly into the user code rather than isolating them in separate functions."[102]

---

[101] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[102] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

154. The RASP solutions are "designed to protect applications at runtime," that is, upon execution.[103] The mobile applications may be downloaded by a user from an application store system.

155. The Accused Instrumentalities insert multiple functional integrity checks into a program.[104] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are integrity checks "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[105] The Accused Instrumentalities insert integrity checks throughout a program's "existing code."[106]

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

156. The compiler-based solution of the Accused Instrumentalities involves adding instructions to the code.[107]

[103] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).
[104] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[105] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[106] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).
[107] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

### The highest level of protection, uncompromised

Our products, **DexGuard** and **iXGuard**, apply protections with a compiler-based approach. This means that instead of an SDK that you integrate in your code manually or a wrapper that overrides the startup of your app to apply protections, we **obfuscate the code** with multiple layers of obfuscation and inject runtime checks throughout your application in diverse ways, making the security features an integral part of your app. This approach, which is polymorphic and unique with every build, results in the highest level of protection.

Compiler-based protections stand in stark contrast to the one-size-fits-all methods seen in the market, which often sacrifice security for ease of use. Compiler-based protection integrates security directly into the app's code during compilation, making it more robust and difficult to reverse-engineer than third-party wrappers, which can introduce a single point of failure.

With Guardsquare, there's no need to compromise—our customers achieve the highest level of mobile app protection - now in the easiest possible way without compromising app performance, user experience, or time to market.

## Optimizing and protecting applications

**DexGuard** can be used to protect applications that have been produced by the Android build toolchain.

Source code and resources optimized and protected (.apk) with dexguard.

- Android manifest (text .xml)
- Java source code (.java)
- Native source code (.c, .cpp)
- Resources (text .xml)
- Resource files (text .xml, .png,...)
- Assets (.txt,...)

DexGuard reads the **input** .apk file and optimizes and protects the code and the resources.

DexGuard packages the processed **output** into an output apk. DexGuard can optionally sign and align the output, removing the need for external tools.

157. The Accused Instrumentalities "collect signals" that are then tracked during a profiling stage. These collected signals are "verifying that at least one input and at least one output

associated with the one or more portions of the application correspond with an expected input and output behavior."[108]

**How Guardsquare simplifies security without compromising stability**

During the obfuscation process, Guardsquare renames classes, methods, and fields to make decompiled code difficult to understand, providing a **strong defense** against reverse engineering. However, renaming entities accessed via reflection can disrupt their accessibility at runtime, potentially causing app crashes.

Guardsquare mitigates this by ensuring these changes don't impact your app's performance or user experience. We've developed a reliable solution to ensure your app stays stable and secure: instrumentation and profiling.

While, at first glance, it might seem strange to - for the sake of increased efficiency - introduce an additional step before coming to a first protected build, in-depth profiling of your application is essential in order to ensure that your application remains stable after protection.

It involves the creation of an instrumented build of your application. An instrumented build is an unprotected build that can collect signals related to occurrences of reflection while executing the app, aka the profiling phase. So, during profiling, instead of crashing the app, it will keep track of all the code invocations using reflection.

To achieve the best results, it's vital to profile as many code paths as possible within your app. Certain entities may only be partially accessed through reflection, depending on the specific code path being used.

By profiling the maximum number of paths possible, profiled code paths are assured they will have continued stability after applying Guardsquare protection mechanisms.

158. The Accused Instrumentalities use "checksumming" as a type of integrity check in its systems.[109]

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

---

[108] Guardsquare, Protect Mobile Apps in Less than a Day: Instrumentation & Profiling, https://www.guardsquare.com/blog/instrumentation-and-profiling-security (last visited Jun. 1, 2026).

[109] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

159. The Accused Instrumentalities assign values to the integrity checks, the value of each integrity check being chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given corrector results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

160. The assignment of specific values to integrity checks such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

161. The Accused Instrumentalities perform certain actions, such as terminating a user's session, when threats are detected.[110] These actions can include allowing the execution of the application to proceed.

[110] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026)




162. Guardsquare knew of the ’814 Patent and knew that its customers’ use of the Accused Instrumentalities would constitute infringement of the ’814 Patent, or was willfully blind to such infringement. Guardsquare knew that the Accused Instrumentalities are specifically designed to perform a method for verifying the integrity of an application in a manner that practices the operations claimed in the ’814 Patent.

163. Guardsquare specifically intended to induce infringement of the ’814 Patent. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of RASP integrity checks, checksumming, integrity value comparison, and allowing the execution of an application based on the application behavior—the very functionalities claimed in the ’814 Patent.[111] Guardsquare’s documentation instructs customers to integrate these features into their applications, and Guardsquare’s products are designed so that these infringing features are automatically embedded into the customer’s application when the Accused Instrumentalities are used as directed.

[111] *See*, *e.g.*, Multi-Layered Mobile App Protection; Protecting Runtime Integrity with RASP Threat Monitoring; Unhooked: Code Checksumming.

164. Guardsquare directly infringes the ’814 Patent through its own operation of programs protected by the Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

165. Guardsquare’s direct and induced infringement have been without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’814 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial. The infringement of the ’814 Patent has damaged and will continue to damage Plaintiff.

166. Guardsquare’s direct and induced infringement of ITP’s ’814 Patent have been willful, and continues to be willful. In addition, or in the alternative, Guardsquare’s direct and induced infringement of ITP’s ’814 Patent are willful at least as of the date of the service of ITP’s Original Complaint.

167. Guardsquare’s infringement continues each day as detailed above and as will be proven at trial. This ongoing infringement deprives ITP of the exclusive control over the use of its patented technology, and such continued use by Guardsquare of ITP’s patented inventions against ITP’s wishes harms ITP’s right to exclude.

**Count IX: Infringement of U.S. Patent No. 10,872,146**

168. All preceding factual allegations above are incorporated as if fully set forth herein.

169. On December 22, 2020, the United States Patent and Trademark Office duly and legally issued the ’146 Patent. All right, title, and interest in the ’146 Patent have been assigned to ITP.

170. The ’146 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

171. Guardsquare has directly infringed and continues to directly infringe the ’146 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Instrumentalities to practice the claimed invention in the ’146 Patent. For example, claim 1 of the ’146 Patent[112] recites:

> A method for protecting an application performed by a system comprising a processor and a non-transitory computer-readable medium storing instructions that, when executed by the processor, cause the system to perform the method, the method comprising:
>
> > generating functional integrity checking code, the functional integrity checking code being configured to execute one or more functional integrity checks of the application to verify that at least a portion of the application associated with the one or more functional integrity checks function according to a defined behavior by verifying that at least one input and at least one output associated with the at least a portion of the application correspond with an expected input and output behavior;
> >
> > inserting the functional integrity checking code into code associated with the application;
> >
> > inserting integrity check value generation code into the code associated with the application;
> >
> > inserting integrity checking code configured to verify the integrity of the application into the code associated with the application; and
> >
> > compiling the code associated with the application including the inserted functionality integrity checking code, the inserted integrity check value generation code, and the inserted integrity checking code,
> >
> > wherein the functional integrity checking code is further configured to initiate the integrity check value generation code upon successful verification that the at least one input and the at least one output associated with the at least a portion of the application correspond with the expected input and output behavior.

172. The Accused Instrumentalities meet the recited elements of Claim 1.

---

[112] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

173. The Accused Instrumentalities perform methods of protecting an application.[113]

174. The Accused Instrumentalities generate functional integrity checking code. Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are functional integrity checks that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[114] These RASP checks are included in the program—Guardsquare embeds "RASP checks directly into the user code rather than isolating them in separate functions."[115]

175. The Accused Instrumentalities generate and insert functional integrity checking code, integrity checking code value generation, and integrity checking code into a code associated with the application.[116] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[117] The Accused Instrumentalities insert self-checking code (e.g., "integrity checks") throughout a program's "existing code."[118]

---

[113] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).
[114] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[115] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).
[116] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[117] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[118] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

176. The Accused Instrumentalities compile the code including the inserted functionality integrity checking code, the inserted integrity check value generation code, and the inserted integrity checking code as part of their "compiler-based" build process.

177. The Accused Instrumentalities verify that at least one output associated with the at least a portion of the application correspond with the expected input and output behavior.

178. The Accused Instrumentalities assign values to the integrity check chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given integrity check results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.[119]

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

[119] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

179. The assignment of specific values to integrity checks and storing of integrity checks such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

180. Guardsquare directly infringes the ’146 Patent through its software applications and programs that comprise Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

181. Guardsquare committed the infringing activities without license from ITP. Guardsquare's acts of infringement have damaged ITP, as owner of the ’146 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial. The infringement of the ’146 Patent by Guardsquare has damaged and will continue to damage Plaintiff.

182. Guardsquare's infringement of ITP's ’146 Patent has been willful and continues to be willful. In addition, or in the alternative, Guardsquare’s infringement of ITP’s ’146 Patent is willful at least as of the date of the service of ITP’s Original Complaint.

183. Guardsquare’s infringement continues each day as detailed above and as will be proven at trial. This ongoing infringement deprives ITP of the exclusive control over the use of its patented technology, and such continued use by Guardsquare of ITP’s patented inventions against ITP’s wishes harms ITP’s right to exclude.

**Count X: Infringement of U.S. Patent No. 11,531,751**

184. All preceding factual allegations above are incorporated as if fully set forth herein.

185. On December 20, 2022, the United States Patent and Trademark Office duly and legally issued the ’751 Patent. All right, title, and interest in the ’751 Patent have been assigned to ITP.

186. The ’751 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

187. Guardsquare has directly infringed and continues to directly infringe the ’751 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of the Accused Instrumentalities to practice the claimed invention in the ’751 Patent. For example, claim 1 of the ’751 Patent[120] recites:

> A method for protecting an application performed by a system comprising a processor and a non-transitory computer-readable medium storing instructions that, when executed by the processor, cause the system to perform the method, the method comprising:
>
>> generating functional integrity checking code, the functional integrity checking code being configured to execute one or more functional integrity checks of the application to verify that at least a portion of the application associated with the one or more functional integrity checks function according to a defined behavior by verifying that one or more resource calls associated with the at least a portion of the application correspond with an expected resource call behavior;
>>
>> inserting the functional integrity checking code into code associated with the application;
>>
>> inserting integrity check value generation code into the code associated with the application;
>>
>> inserting integrity checking code configured to verify the integrity of the application into the code associated with the application; and
>>
>> compiling the code associated with the application including the inserted functionality integrity checking code, the inserted integrity check value generation code, and the inserted integrity checking code,

[120] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

wherein the functional integrity checking code is further configured to initiate the integrity check value generation code upon successful verification that the one or more resource calls associated with the at least a portion of the application correspond with the expected resource call behavior.

188. The Accused Instrumentalities meet the recited elements of Claim 1.

189. The Accused Instrumentalities perform methods of protecting an application.[121]

190. The Accused Instrumentalities generate and insert functional integrity checking code, integrity checking code value generation, and integrity checking code into a code associated with the application.[122] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are self-checking code sequences that "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[123] The Accused Instrumentalities insert self-checking code (e.g., "integrity checks") throughout a program's "existing code."[124]

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

[121] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).
[122] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[123] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[124] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

191. The Accused Instrumentalities compile the code including the inserted functionality integrity checking code, the inserted integrity check value generation code, and the inserted integrity checking code as part of their "compiler-based" build process.

192. The Accused Instrumentalities verify that at least one output associated with the at least a portion of the application correspond with the expected input and output behavior.

193. The Accused Instrumentalities assign values to the integrity check chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given integrity check results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.[125]

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

194. The assignment of specific values to integrity checks and storing of integrity checks such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

---

[125] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

195. Guardsquare directly infringes the ’751 Patent through its software applications and programs that comprise Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

196. Guardsquare committed the infringing activities without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’751 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial. The infringement of the ’751 Patent by Guardsquare has damaged and will continue to damage Plaintiff.

197. Guardsquare’s infringement of ITP’s ’751 Patent has been willful and continues to be willful. In addition, or in the alternative, Guardsquare’s infringement of ITP’s ’751 Patent is willful at least as of the date of the service of ITP’s Original Complaint.

198. Guardsquare’s infringement continues each day as detailed above and as will be proven at trial. This ongoing infringement deprives ITP of the exclusive control over the use of its patented technology, and such continued use by Guardsquare of ITP’s patented inventions against ITP’s wishes harms ITP’s right to exclude.

**Count XI: Infringement of U.S. Patent No. 11,829,469**

199. All preceding factual allegations above are incorporated as if fully set forth herein.

200. On November 28, 2023, the United States Patent and Trademark Office duly and legally issued the ’469 Patent. All right, title, and interest in the ’469 Patent have been assigned to ITP.

201. The ’469 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

202. Claim 1 of the ’469 Patent[126] recites:

A method for verifying the integrity of an application performed by a user device comprising a processor and a non-transitory computer-readable medium storing instructions that, when executed by the processor, cause the processor to perform the method, the method comprising:

> receiving the application from an application store system, the application comprising one or more functional integrity checks;
>
> receiving a request to perform an initial execution of the application;
>
> in response to receiving the request to perform the initial execution of the application:
>
> executing the one or more functional integrity checks of the application to verify that one or more portions of the application associated with the one or more functional integrity checks function according to a defined behavior, wherein executing the one or more functional integrity checks comprises verifying that one or more resource calls associated with the one or more portions of the application correspond with an expected resource call behavior;
>
> generating, based on verifying that the one or more portions of the application function according to the defined behavior, one or more first integrity check values;
>
> storing the one or more first integrity check values on the user device; and
>
> allowing, based on the verifying that the one or more portions of the application function according to the defined behavior, the initial execution of the application to proceed.

203. Third parties—including application developers who are customers of Guardsquare and the customers of those application developers, in the United States and in Texas—have directly infringed and continue to directly infringe the ’469 Patent by using the Accused Instrumentalities to create, distribute, and execute applications that practice the claimed invention of the ’469 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application performs the operations claimed in the ’469 Patent. These

[126] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’469 Patent

204. Guardsquare has induced and continues to induce infringement of the ’469 Patent by third parties in violation of 35 U.S.C. § 271(b). Guardsquare has actively induced infringement of the ’469 Patent by intentionally encouraging, instructing, and facilitating the use of, for example, DexGuard and iXGuard by its customers—including application developers in the United States—to create self-checking software programs that practice the claimed invention of the ’469 Patent.

205. Guardsquare has at least two products that enable third parties to create infringing self-checking software programs: DexGuard for Android applications and iXGuard for iOS applications.[127] DexGuard and iXGuard, for example, produce protected applications.[128]

206. Applications protected by the Accused Instrumentalities perform methods for verifying the integrity of an application performed by a user device.[129]

---

[127] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).

[128] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); Guardsquare, iXGuard, https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).

[129] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).




207. Guardsquare's "Runtime application self-protection (RASP) mechanism[s]" are functional integrity checks that "can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real time."[130] These RASP checks are included in the program—Guardsquare embeds "RASP checks directly into the user code rather than isolating them in separate functions."[131]

[130] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[131] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

208. The RASP solutions are "designed to protect applications at runtime," that is, upon execution.[132] The mobile applications may be downloaded by a user from an application store system.

209. The Accused Instrumentalities insert multiple functional integrity checks into a program.[133] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are integrity checks "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[134] The Accused Instrumentalities insert integrity checks throughout a program's "existing code."[135]

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

210. The compiler-based solution of the Accused Instrumentalities involves adding instructions to the code.[136]

[132] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).
[133] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[134] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).
[135] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).
[136] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

**The highest level of protection, uncompromised**

Our products, **DexGuard** and **iXGuard**, apply protections with a compiler-based approach. This means that instead of an SDK that you integrate in your code manually or a wrapper that overrides the startup of your app to apply protections, we **obfuscate the code** with multiple layers of obfuscation and inject runtime checks throughout your application in diverse ways, making the security features an integral part of your app. This approach, which is polymorphic and unique with every build, results in the highest level of protection.

Compiler-based protections stand in stark contrast to the one-size-fits-all methods seen in the market, which often sacrifice security for ease of use. Compiler-based protection integrates security directly into the app's code during compilation, making it more robust and difficult to reverse-engineer than third-party wrappers, which can introduce a single point of failure.

With Guardsquare, there's no need to compromise—our customers achieve the highest level of mobile app protection - now in the easiest possible way without compromising app performance, user experience, or time to market.

## Optimizing and protecting applications

**DexGuard** can be used to protect applications that have been produced by the Android build toolchain.

Source code and resources optimized and protected (.apk) with dexguard.

- Android manifest (text .xml)
- Java source code (.java)
- Native source code (.c, .cpp)
- Resources (text .xml)
- Resource files (text .xml, .png,...)
- Assets (.txt,...)

DexGuard reads the **input** .apk file and optimizes and protects the code and the resources.

DexGuard packages the processed **output** into an output apk. DexGuard can optionally sign and align the output, removing the need for external tools.

211. The Accused Instrumentalities "collect signals" that are then tracked during a profiling stage. These collected signals are "verifying that at least one input and at least one output

associated with the one or more portions of the application correspond with an expected input and output behavior."[137]

**How Guardsquare simplifies security without compromising stability**

During the obfuscation process, Guardsquare renames classes, methods, and fields to make decompiled code difficult to understand, providing a **strong defense** against reverse engineering. However, renaming entities accessed via reflection can disrupt their accessibility at runtime, potentially causing app crashes.

Guardsquare mitigates this by ensuring these changes don't impact your app's performance or user experience. We've developed a reliable solution to ensure your app stays stable and secure: instrumentation and profiling.

While, at first glance, it might seem strange to - for the sake of increased efficiency - introduce an additional step before coming to a first protected build, in-depth profiling of your application is essential in order to ensure that your application remains stable after protection.

It involves the creation of an instrumented build of your application. An instrumented build is an unprotected build that can collect signals related to occurrences of reflection while executing the app, aka the profiling phase. So, during profiling, instead of crashing the app, it will keep track of all the code invocations using reflection.

To achieve the best results, it's vital to profile as many code paths as possible within your app. Certain entities may only be partially accessed through reflection, depending on the specific code path being used.

By profiling the maximum number of paths possible, profiled code paths are assured they will have continued stability after applying Guardsquare protection mechanisms.

212. The Accused Instrumentalities use "checksumming" as a type of integrity check in its systems.[138]

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

---

137 Guardsquare, Protect Mobile Apps in Less than a Day: Instrumentation & Profiling, https://www.guardsquare.com/blog/instrumentation-and-profiling-security (last visited Jun. 1, 2026).

138 Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

213. The Accused Instrumentalities assign values to the integrity checks, each value being chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given integrity check results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.

> **Strengthening runtime security with RASP**
>
> - **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
> - **Multiple reinforcing RASP checks**
>
> By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

214. The generating and storing of specific values to integrity checks such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

215. The Accused Instrumentalities perform certain actions, such as terminating a user's session, when threats are detected.[139] These actions can include allowing the execution of the application to proceed.

---

[139] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026)




216. Guardsquare knew of the ’469 Patent and knew that its customers’ use of the Accused Instrumentalities would constitute infringement of the ’469 Patent, or was willfully blind to such infringement. Guardsquare knew that the Accused Instrumentalities are specifically designed to perform a method for verifying the integrity of an application in a manner that practices the operations claimed in the ’469 Patent.

217. Guardsquare specifically intended to induce infringement of the ’469 Patent. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of RASP integrity checks, checksumming, integrity value comparison, and allowing the execution of an application based on the application behavior—the very functionalities claimed in the ’469 Patent.[140] Guardsquare’s documentation instructs customers to integrate these features into their applications, and Guardsquare’s products are designed so that these infringing features are automatically embedded into the customer’s application when the Accused Instrumentalities are used as directed.

---

[140] *See*, *e.g.*, Multi-Layered Mobile App Protection; Protecting Runtime Integrity with RASP Threat Monitoring; Unhooked: Code Checksumming.

218. Guardsquare directly infringes the ’469 Patent through its own operation of the programs protected by the Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

219. Guardsquare’s direct and induced infringement have been without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’469 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial. The infringement of the ’469 Patent has damaged and will continue to damage Plaintiff.

220. Guardsquare’s direct and induced infringement of ITP’s ’469 Patent have been willful, and continue to be willful. In addition, or in the alternative, Guardsquare’s direct and induced infringement of ITP’s ’469 Patent are willful at least as of the date of the service of ITP’s Original Complaint.

221. Guardsquare’s infringement continues each day as detailed above and as will be proven at trial. This ongoing infringement deprives ITP of the exclusive control over the use of its patented technology, and such continued use by Guardsquare of ITP’s patented inventions against ITP’s wishes harms ITP’s right to exclude.

**Count XII: Infringement of U.S. Patent No. 12,254,085**

222. All preceding factual allegations above are incorporated as if fully set forth herein.

223. On March 18, 2025, the United States Patent and Trademark Office duly and legally issued the ’085 Patent. All right, title, and interest in the ’085 Patent have been assigned to ITP.

224. The ’085 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

225. Claim 1 of the ’085 Patent[141] recites:

A non-transitory computer-readable medium storing instructions that, when executed by at least one processor of a system, cause the system to perform a method comprising:

> detecting an initial execution of an application on the system, the application having been received from an application store system, the application comprising one or more functional integrity checks;
>
> executing, at least in part in response to the detection of the initial execution, the one or more functional integrity checks of the application to verify that one or more portions of the application associated with the one or more functional integrity checks function according to a defined behavior, wherein executing the one or more functional integrity checks comprises verifying that one or more resource calls associated with the one or more portions of the application correspond with an expected resource call behavior;
>
> generating, based on verifying that the one or more portions of the application function according to the defined behavior, one or more first integrity check values;
>
> storing the one or more first integrity check values on a user device; and
>
> allowing, based on the verifying that the one or more portions of the application function according to the defined behavior, the initial execution of the application to proceed.

226. Third parties—including application developers who are customers of Guardsquare in the United States and in Texas—have directly infringed and continue to directly infringe the ’085 Patent by using the Accused Instrumentalities to create, distribute, and execute self-checking software programs that practice the claimed invention of the ’085 Patent. Each time a Guardsquare customer uses the Accused Instrumentalities to build a protected application, the resulting application binary constitutes a non-transitory computer-readable storage medium storing programming instructions that, when executed, perform the operations claimed in the ’085 Patent.

---

[141] Claim 1 is referenced herein for representative purposes. Plaintiff reserves the right to identify additional asserted claims and reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under this Court’s scheduling order.

These protected application binaries are distributed to and executed by end users in the United States, thereby directly infringing Claim 1 of the ’085 Patent.

227. Guardsquare has induced and continues to induce infringement of the ’085 Patent by third parties in violation of 35 U.S.C. § 271(b). Guardsquare has actively induced infringement of the ’085 Patent by intentionally encouraging, instructing, and facilitating the use of, for example, DexGuard and iXGuard by its customers—including application developers in the United States—to create self-checking software programs that practice the claimed invention of the ’085 Patent.

228. Guardsquare has at least two products that enable third parties to create infringing self-checking software programs: DexGuard for Android applications and iXGuard for iOS applications.[142] DexGuard and iXGuard, for example, produce protected applications.[143]

229. Applications protected by the Accused Instrumentalities perform methods for verifying the integrity of an application performed by a user device.[144]

230. Applications protected by the Accused Instrumentalities comprise one or more functional integrity checks included in the program. Guardsquare’s “Runtime application self-protection (RASP) mechanism[s]” are self-checking code sequences that “can facilitate actively monitoring and maintaining the integrity of your applications and their environment in real

---

[142] Guardsquare, A Market-Changing Approach to Mobile App Security, https://www.guardsquare.com/blog/market-changing-approach-mobile-app-security (last visited Jun. 1, 2026).

[143] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026); Guardsquare, iXGuard, https://www.guardsquare.com/ixguard (last visited Jun. 1, 2026).

[144] Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026).

time."[145] These RASP checks are included in the program—Guardsquare embeds "RASP checks directly into the user code rather than isolating them in separate functions."[146]

231. The Accused Instrumentalities insert multiple functional integrity checks into a program.[147] For example, DexGuard's "[r]untime application self-protection (RASP) mechanism[s]" are integrity checks "can facilitate actively monitoring and maintaining the integrity of [] applications and their environment in real time."[148] The Accused Instrumentalities insert integrity checks throughout a program's "existing code."[149]

> **DexGuard applies polymorphic obfuscation techniques and automatically injects endless variations of integrity checks throughout your existing code. No two protected builds ever look the same.**

232. The compiler-based solution of the Accused Instrumentalities involves adding instructions to the code.[150]

---

[145] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[146] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

[147] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[148] Guardsquare, Protecting Runtime Integrity with RASP Threat Monitoring, https://www.guardsquare.com/blog/protecting-runtime-integrity-with-rasp-threat-monitoring (last visited Jun. 1, 2026).

[149] Guardsquare, DexGuard, https://www.guardsquare.com/dexguard (last visited Jun. 1, 2026).

[150] Guardsquare, Compiler vs. Wrapper, https://www.guardsquare.com/blog/compiler-vs-wrapper (last visited Jun. 1, 2026).

**The highest level of protection, uncompromised**

Our products, **DexGuard** and **iXGuard**, apply protections with a compiler-based approach. This means that instead of an SDK that you integrate in your code manually or a wrapper that overrides the startup of your app to apply protections, we **obfuscate the code** with multiple layers of obfuscation and inject runtime checks throughout your application in diverse ways, making the security features an integral part of your app. This approach, which is polymorphic and unique with every build, results in the highest level of protection.

Compiler-based protections stand in stark contrast to the one-size-fits-all methods seen in the market, which often sacrifice security for ease of use. Compiler-based protection integrates security directly into the app's code during compilation, making it more robust and difficult to reverse-engineer than third-party wrappers, which can introduce a single point of failure.

With Guardsquare, there's no need to compromise—our customers achieve the highest level of mobile app protection - now in the easiest possible way without compromising app performance, user experience, or time to market.

## Optimizing and protecting applications

**DexGuard** can be used to protect applications that have been produced by the Android build toolchain.

Source code and resources optimized and protected (.apk) with dexguard.

- Android manifest (text .xml)
- Java source code (.java)
- Native source code (.c, .cpp)
- Resources (text .xml)
- Resource files (text .xml, .png,...)
- Assets (.txt,...)

DexGuard reads the **input** .apk file and optimizes and protects the code and the resources.

DexGuard packages the processed **output** into an output apk. DexGuard can optionally sign and align the output, removing the need for external tools.

233. The Accused Instrumentalities use "checksumming" as a type of integrity check in its systems.[151]

[151] Guardsquare, Multi-Layered Mobile App Protection, https://www.guardsquare.com/blog/multi-layered-mobile-app-protection (last visited Jun. 1, 2026).

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

234. The Accused Instrumentalities assign values to the integrity check chosen such that the function calculated by a self-checking code sequence assigned to a given portion of the program containing a given integrity check results in a predefined value when the given portion has not been improperly modified. For applicable self-checking segments, the Accused Instrumentalities use checksumming to determine whether given portions have been modified.

**Strengthening runtime security with RASP**

- **Single RASP check** A single check can be easily disabled by an attacker, rendering it ineffective.
- **Multiple reinforcing RASP checks**

By embedding RASP checks directly into the user code rather than isolating them in separate functions, attackers face an exponentially greater challenge in bypassing security. This exponential difficulty arises because the checks are not just standalone barriers; they reinforce and interlock with each other. If an attacker identifies and attempts to disable a root check, an application resigning check might stop them. If they try bypassing that by tampering with system libraries, system library integrity will detect the manipulation. Any attempt to patch out a system integrity check could be thwarted by code checksumming, while attempts to hook into that check could trigger additional layers of detection. Each failed attack leads to another hurdle, creating a compounding effect where the time and effort required to bypass security measures increase dramatically. This layered, interdependent approach makes it significantly harder for attackers to disable even a single check, let alone compromise the entire app.

235. The generating and storing of specific values to integrity checks such that the resulting function produces the correct output is standard checksumming behavior—the expected hash value embedded at build time is chosen to match what the integrity check will compute over the protected code region.

236. The Accused Instrumentalities perform certain actions, such as terminating a user's session, when threats are detected.[152] These actions can include allowing the execution of the application to proceed.




237. Guardsquare knew of the '085 Patent and knew that its customers' use of the Accused Instrumentalities would constitute infringement of the '085 Patent, or was willfully blind to such infringement. Guardsquare knew that the Accused Instrumentalities are specifically designed to produce self-checking software programs that practice the operations claimed in the '085 Patent—including by calculating integrity check values based on portions of the program during execution, comparing those values to predefined expected values, determining when the results do not match, and triggering tamper response mechanisms based on those determinations.

238. Guardsquare specifically intended to induce infringement of the '085 Patent. Guardsquare provides its customers with detailed instructions, documentation, tutorials, and technical support directing them to use the Accused Instrumentalities in a manner that produces infringing applications. For example, Guardsquare publishes blog posts, product documentation, and marketing materials that describe and encourage the use of RASP integrity checks, checksumming, integrity value comparison, and tamper response mechanisms—the very

---

152 Guardsquare, Runtime Application Self-Protection (RASP) Mobile Security, https://www.guardsquare.com/runtime-application-self-protection-rasp (last visited Jun. 1, 2026)

functionalities claimed in the ’085 Patent.[153] Guardsquare’s documentation instructs customers to integrate these features into their applications, and Guardsquare’s products are designed so that these infringing features are automatically embedded into the customer’s application when the Accused Instrumentalities are used as directed.

239. Guardsquare directly infringes the ’085 Patent through its operation of the programs protected by the Accused Instrumentalities, which meet every element of at least exemplary Claim 1 as set forth above, including during testing of its products and provision of services.

240. Guardsquare’s direct and induced infringement have been without license from ITP. Guardsquare’s acts of infringement have damaged ITP, as owner of the ’085 Patent. ITP is entitled to recover from Guardsquare the damages it has sustained as a result of Guardsquare’s wrongful acts in an amount subject to proof at trial. The infringement of the ’085 Patent has damaged and will continue to damage Plaintiff.

241. Guardsquare’s direct and induced infringement of ITP’s ’085 Patent have been willful, and continue to be willful. In addition, or in the alternative, Guardsquare’s direct and induced of infringement of ITP’s ’085 Patent are willful at least as of the date of the service of ITP’s Original Complaint.

242. Guardsquare’s infringement continues each day as detailed above and as will be proven at trial. This ongoing infringement deprives ITP of the exclusive control over the use of its patented technology, and such continued use by Guardsquare of ITP’s patented inventions against ITP’s wishes harms ITP’s right to exclude.

## JURY DEMAND

[153] *See, e.g.*, Multi-Layered Mobile App Protection, supra; Protecting Runtime Integrity with RASP Threat Monitoring, supra; Unhooked: Code Checksumming, supra.

243. ITP hereby demands a trial by jury on all issues.

## PRAYER

Wherefore, ITP prays for entry of judgment as follows:

244. A judgment in favor of ITP that Guardsquare has infringed the Asserted Patents either literally and/or under the doctrine of equivalents, and is infringing the ’814, ’146, ’751, ’469, and ’085 Patents either literally and/or under the doctrine of equivalents;

245. A judgment in favor of ITP that Guardsquare’s infringement of the ’814, ’146, ’751, ’469, and ’085 Patents is willful and continues to be willful as of the date Guardsquare received notice of its infringement through this lawsuit;

246. An award of damages in favor of ITP adequate to compensate ITP for Guardsquare’s infringement of the Asserted Patents which shall in no event be less than a reasonable royalty, together with interest and cost as fixed by the court pursuant to 35 U.S.C. § 284;

247. An award of enhanced damages in favor of ITP against Guardsquare for up to three times the award of actual damages for Guardsquare’s willful infringement of the ’814, ’146, ’751, ’469, and ’085 Patents pursuant to 35 U.S.C. § 284;

248. A permanent injunction in favor of ITP against Guardsquare enjoining Guardsquare, its officers, agents, employees, and others acting in privity, from further infringement of at least the ’814, ’146, ’751, ’469, and ’085 Patents;

249. An award of an ongoing royalty for Guardsquare’s post-judgment infringement in the event a permanent injunction is not granted;

250. An award of attorneys’ fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law in an amount deemed just and appropriate by the Court;

251. An award of costs and expenses as deemed appropriate by the Court; and

Any other legal or equitable relief to which ITP is justly entitled.

Dated: June 5, 2026

*/s/ Jason S. McManis*
Jason S. McManis
State Bar No.: 24088032
jmcmanis@azalaw.com
Weining Bai
State Bar No.: 24101477
wbai@azalaw.com
Thomas DelRosario
State Bar No.: 24110645
tdelrosario@azalaw.com
Savannah Ezelle
State Bar No.: 24125223
sezelle@azalaw.com
Chun Deng
State Bar No.: 24133178
cdeng@azalaw.com
Sean Healey
State Bar No.: 24142997
shealey@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101

Warren McCarty
State Bar No.: 24107857
wmccarty@azalaw.com
Zach Grinovich
State Bar No.: 24149804
zgrinovich@azalaw.com
Ariane Mann
State Bar No.: 24140399
amann@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
2001 Ross Ave, Suite 520
Dallas, TX 75201
(214) 800-4501

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: 903-757-6400
Fax: 903-757-2323

***Attorneys for Plaintiff***